FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TORAN AMINI,

　　　　　　Plaintiff,

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

　　　　　　Defendant.

Case No.  CV 12-2710-DOC (RNB)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

DATED: ___4/18/13___

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE