JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TORAN AMINI,

  Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

  Defendant.

Case No. CV 12-2710-DOC (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: 4/18/13

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE